CADES SCHUTTE LLP

PATRICIA J. MCHENRY   4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Fax:  (808) 540-5057
E-mail:  pmchenry@cades.com

Attorney for Defendant
ACCREDITED HOME LENDERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PATRICK DONNELLY,<br><br>         Plaintiff,<br>   v.<br><br>ACCREDITED HOME LENDERS,<br>INC.,<br><br>         Defendant. | CIVIL NO. CV07-00114 SPK KSC<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE AS TO ALL<br>CLAIMS AND ALL PARTIES<br><br><br>Trial Date:  February 10, 2009 |
| ACCREDITED HOME LENDERS,<br>INC.,<br><br>         Third-Party Plaintiff,<br>   v.<br><br>FIDELITY NATIONAL TITLE &<br>ESCROW OF HAWAI`I, INC. and<br>UNIVERAL MORTGAGE<br>COMPANY,<br><br>         Third-Party Defendants. | |

ImanageDB:916526.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between PLAINTIFF JAMES

PATRICK DONNELLY ("Plaintiff") and Defendants ACCREDITED HOME

LENDERS, INC. ("Accredited"), FIDELITY NATIONAL TITLE & ESCROW

OF HAWAI`I, INC. ("Fidelity"), and UNIVERAL MORTGAGE COMPANY

("Universal"), through their respective counsel, that all claims by Plaintiff as

against Defendant Accredited and all claims by Third-Party Plaintiff Accredited as

against Third-Party Defendants Fidelity and Universal in the above-entitled matter

are hereby dismissed with prejudice.

This Stipulation has been signed by counsel for all parties who have made

appearances in this action pursuant to Rules 41(a)(1) and 41(c) of the Federal

Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

There are no remaining claims or parties in this action.

Trial had been set for February 10, 2009.

DATED:  Honolulu, Hawaii, _____ July 30, 2008 _____.


_____ /s/ John H. Paer _____
JOHN H. PAER

Attorney for Plaintiff
JAMES PATRICK DONNELLY

_____/s/ Patricia J. McHenry_____
PATRICIA J. McHENRY
Cades Schutte LLP

Attorney for Defendant/Third-Party Plaintiff
ACCREDITED HOME LENDERS, INC.


_____/s/ Jade L. Ching_____
JADE L. CHING
Alston Hunt Floyd & Ing

Attorneys for Third-Party Defendant
FIDELITY NATIONAL TITLE &
ESCROW OF HAWAIʻI, INC.


_____/s/ Stephen Y. Lau_____
STEPHEN Y. LAU

Attorney for Third-Party Defendant
UNIVERSAL MORTGAGE COMPANY


APPROVED AND SO ORDERED



_____
Samuel P. King
Senior United States District Judge


_____
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL
PARTIES; James Patrick Donnelly v. Accredited Home Lenders, Inc.; Civil No. CV07-00114
SPK-KSC